June 13, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

COMUNIDAD BALBOA, LLC, Appellant

NO. 14-12-00619-CV                          V.

THE CITY OF NASSAU BAY, DON MATTER (MAYOR), JOHN HAUGEN (CITY COUNCIL POSITION 1), DR. SANDRA MOSSMAN (COUNCIL POSITION 2), RON SWOFFORD (COUNCIL POSITION 3), BRAD BAILEY (COUNCIL POSITION 4), MARK DENMAN (COUNCIL POSITION 5), BOB WARTERS (COUNCIL POSITION 6), AND CHRIS REED (CITY MANAGER), Appellees

_____

This cause, an appeal from the judgment in favor of APPELLEES, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order APPELLANT to pay all costs incurred in this appeal.

We further order this decision certified below for observance.